SHOCKLEY v. CAIRN STUDIOS, LTD.

No. 331P02

Case below: 149 N.C. App. 961

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 27 February 2003.

SIDDEN v. MAILMAN

No. 364P02

Case below: 150 N.C. App. 373

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

SMITH v. BARBOUR

No. 7P03

Case below: 154 N.C. App. 402

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003.

SMITH v. KEN NOWLIN TRUCKING

No. 475P02

Case below: 151 N.C. App. 749

Motion by defendants to dismiss petition for discretionary review allowed 27 February 2003.